1  QUYEN L. TA (SBN 229956)
   qta@kslaw.com
2  **KING & SPALDING LLP**
   50 California Street
3  Suite 3300
   San Francisco, CA  94111
4  Telephone:      +1 (415) 318-1200
   Facsimile:       +1 (415) 318-1300
5
   JEFFREY HAMMER (SBN 264232)
6  jhammer@kslaw.com
   JAMES A. UNGER (SBN 325115)
7  junger@kslaw.com
   **KING & SPALDING LLP**
8  633 West Fifth Street
   Suite 1600
9  Los Angeles, CA 90071
   Telephone:      +1 (213) 443-4355
10 Facsimile:       +1 (213) 443-4310

11 Attorneys for Defendant
   BETTERHELP, INC.
12

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| V.K., T.R., and J.S., individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BETTERHELP, INC.,<br><br>Defendant. | Case No. 3:23-cv-01653-RS<br><br>**DEFENDANT BETTERHELP, INC.'S CERTIFICATION OF INTERESTED PARTIES OR PERSONS**<br><br><br>Complaint Filed:       April 6, 2023 |
|---|---|

Pursuant to Civil L.R. 3-15, the undersigned counsel of record for Defendant BetterHelp, Inc. certifies that, other than the named parties, the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant BetterHelp Inc. is wholly owned by Teladoc Health, Inc., a publicly traded company.

As of this date, other than the above there is no further such interest to report.

Dated: April 24, 2023                KING & SPALDING LLP

                            By:    */s/ Jeffrey Hammer*
                                   QUYEN L. TA
                                   JEFFREY HAMMER
                                   JAMES A. UNGER

                                   Attorneys for Defendant
                                   BETTERHELP, INC.